UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR17-239 SRN/DTS |
| Plaintiff, | **INDICTMENT** |
| v. | 18 U.S.C. § 912 |
| ARON AVRAM SHAMILOV, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
### (Impersonation of Federal Officer or Employee)

In or about March 2017, in the State and District of Minnesota, the defendant,

**ARON AVRAM SHAMILOV,**

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Federal Bureau of Investigation, and in such assumed and pretended character with intent to defraud did falsely obtain or attempt to obtain a thing of value, to wit: a residential lease, in violation of Title 18, United States Code, Section 912.

A TRUE BILL

_____          _____
ACTING UNITED STATES ATTORNEY            FOREPERSON

SCANNED
SEP 20 2017
U.S. DISTRICT COURT ST. PAUL